*Wednesday, November 15, 1995*

## MERIT DOCKET

**95–1900.** State ex rel. Seiber v. Judges of the Eighth Appellate Dist. Court of Appeals. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–1919.** State ex rel. Perkins v. Ghee. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–1967.** Mayne v. Ohio Dept. of Rehab. & Corr. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and COOK, JJ., concur.

PFEIFER; J., dissents and would grant an alternative writ.

**95–1979.** State ex rel. Shelley v. Russell. In Mandamus. On motion to dismiss by P.D. Fedders, motion to dismiss by Harry K. Russell, and motion to dismiss by Judge James E. Walsh. Motions to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–2011.** State ex rel. Willis v. Ohio Dept. of Rehab. & Corr. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and COOK, JJ., concur.

MOYER, C.J., and PFEIFER, J., dissent and would grant an alternative writ.

**95–2017.** State ex rel. Moore v. Baird. In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–2022.** Neace v. Lytten. In Procedendo. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, PFEIFER and COOK, JJ., concur.

RESNICK and F.E. SWEENEY, JJ., dissent and would grant an alternative writ.

**95–2030.** Lentz v. Ohio Dept. of Corr. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–2133.** In re Petition for a Writ of Habeas Corpus for Chambers. In Habeas Corpus. *Sua sponte,* cause dismissed.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., WRIGHT and COOK, JJ., dissent.